UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEITHEM MOHAMMAD ABDUL KHALIQ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-25-1154-SLP<br>)<br>)<br>)<br>)<br>) |

# **ORDER**

All counsel are to appear for a status conference before Judge Chris M. Stephens at the William J. Holloway, Jr. United States Courthouse, 200 N.W. 4th Street, Room 1301, Oklahoma City, Oklahoma, on **November 3, 2025, at 3:00 p.m.**

Unless personal attendance is excused, the conference shall be attended in person by counsel with authority to make appropriate decisions. *See* LCvR16.1(b)(4).

**IT IS SO ORDERED** this 29th day of October, 2025.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE