## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

HEITHEM MOHAMMAD ABDUL KHALIQ, )
)
    Petitioner, )
)
v. )    Case No. CIV-25-1154-SLP
)
KRISTI NOEM, et al., )
)
    Respondents. )

## J U D G M E N T

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus is GRANTED to the extent it seeks habeas relief pursuant to 28 U.S.C. § 2241.  In accordance with the Order, Respondents shall release Petitioner from custody immediately, subject to an appropriate Order of Supervision.

ENTERED this 26th day of January, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE